**Lisa DUNCAN, Appellant,**

v.

**CITY OF KANSAS CITY and Division of Employment Security, Respondents.**

**WD 78854**

Missouri Court of Appeals, Western District.

ORDER FILED: December 15, 2015

Lisa Duncan, Lee's Summit, MO, Appellant Acting Pro Se.

Andrew Hooper, Jefferson City, MO, Counsel for Respondent, State of Missouri.

Saskia Jacobse, Kansas City, MO, Counsel for Respondent, City of K.C., MO.

Before Division Two: Mark D. Pfeiffer, P.J., Lisa White Hardwick, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Lisa Duncan appeals the decision of the Labor and Industrial Relations Commission denying her claim for unemployment benefits. We affirm the Commission's decision. Rule 84.16(b).